UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Matthew DeRocha    Plaintiff(s)

vs.

Syracuse Police    Defendant(s)

Civil Case No.: 5:18-cv-1051 (BKS/ATB)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

FILED SEP - 4 2018

---

Plaintiff(s) demand(s) a trial by: ☒ JURY   ☐ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Matthew DeRocha
   Address: 601 Smith St Syracuse NY 13224 Apt # D4

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Syracuse Police
   Official Position:
   Address: 511 South State St, Syracuse, NY 13202

b.  Defendant: ~~North Syracuse Police~~

Official Position: _____

Address: ~~[illegible] Southbay Rd~~

~~Syracuse NY 13212~~

_____

c.  Defendant: _____

Official Position: _____

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                                **FACTS**

   Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

I was arrested by the Syracuse police for violating a restraining order on Jessica Lockwood I didn't violate the order of protection the girl that had me arrested was not Jessica Lockwood and I explained this to the Syracuse police I went to a house survey while and won after spending some time in jail she had me arrested and robbed me for my things and I lost my car

5.                                   **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

I was arrested for assault on Jessica lockwood when I didnt hurt or hit anyone or Her by a girl who was Not Jessica lockwood they have pictures of the girl Im going to get copys from the district Attornys office

~~SECOND CAUSE OF ACTION~~

I told the Syracuse police I didnt hit Her and that it was Not Her I did plead gilty but it is unfair that that happend to me with all of that proof the police can do a better Job

**THIRD CAUSE OF ACTION**

6. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

_50000_

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 8/4/2018

*Matthew DeRocha*

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010